Daniel Sadeh, Esq.
**HALPER SADEH LLP**
667 Madison Avenue, 5th Floor
New York, NY 10065
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ABU MIAH,<br><br>Plaintiff,<br><br>v.<br><br>AERPIO PHARMACEUTICALS, INC.,<br>STEVE PRELACK, ANUPAM DALAL,<br>CALEY CASTELEIN, CHERYL<br>COHEN, JOSEPH GARDNER, and<br>PRAVIN DUGEL,<br><br>Defendants. | Case No: 1:21-cv-03912-ENV-TAM<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br>**PURSUANT TO FED. R. CIV. P.**<br>**41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of

Civil Procedure, Plaintiff Abu Miah hereby voluntarily dismisses the above-captioned action

without prejudice. Defendants have not served an answer or a motion for summary judgment.

Dated: October 5, 2021

Application Granted
SO ORDERED
Brooklyn, New York
Dated: ___10/6/2021___

/s/ Eric N. Vitaliano
Eric N. Vitaliano
United States District Judge

Respectfully submitted,

**HALPER SADEH LLP**

By: /s/ Daniel Sadeh
Daniel Sadeh, Esq.
667 Madison Avenue, 5th Floor
New York, NY 10065
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*THE CLERK IS DIRECTED TO CLOSE THIS CASE.*

*Counsel for Plaintiff*

2

## CERTIFICATE OF SERVICE

I, Daniel Sadeh, hereby certify that on October 5, 2021, a true and correct copy of the annexed **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.


Dated: October 5, 2021                                           /s/ Daniel Sadeh
                                                                 Daniel Sadeh

3